Date signed April 26, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| COLUMBIA HOME CORPORATION | : | Case No. 07-12325PM |
| | : | Chapter 11 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

Before the court is the Motion of Wheaton Plaza Regional Shopping Center LLP, the Landlord, for an order compelling the Debtor to pay its post-filing rent. This bankruptcy case under Chapter 11 was filed on March 13, 2007, and it does not appear that the Debtor has paid any rent since the filing of the case.

Section 365(d)(3) provides:

**11 U.S.C. § 365. Executory contracts and unexpired leases**

　　(d)(3) The trustee shall timely perform all the obligations of the debtor, except those specified in section 365(b)(2), arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title. The court may extend, for cause, the time for performance of any such obligation that arises within 60 days after the date of the order for relief, but the time for performance shall not be extended beyond such 60-day period. This subsection shall not be deemed to affect the trustee's obligations under the provisions of subsection (b) or (f) of this section. Acceptance of any such performance does not constitute waiver or relinquishment of the lessor's rights under such lease or under this title.

Debtor urges that because of certain conduct on the part of the Landlord, namely, the Landlord's delay in opening the demised premises and the lease of the space formerly occupied by Hecht's

Department Store to the International Furniture Store, a competitor of the Debtor, that the Debtor has been unable to make the required rental payments. While the court is sympathetic to the position asserted by the Debtor, the statute is clear on its face. The trustee, here the debtor-in-possession, shall timely perform the obligations of the Debtor. However, the court will on the request of the Debtor, extend the time within which to make the post-filing rental payments to May 10, 2007.

The Landlord also seeks the order of this court, should the Debtor fail to make the rental payments, requiring the Debtor to reject the lease forthwith. The court finds insufficient reason to shorten the 120-day period allowed under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

An appropriate order will be entered.

cc:
Niclas A. Ferland/Ilan Markus, Esq., Tyler Cooper & Alcorn
    205 Church Street, P.O. Box 1936, New Haven, CT 06509
Jean E. Lewis, Esq., Kramon & Graham, One South Street, #2600, Baltimore, MD 21202
Sharon C. Chu, Esq., 100 Park Avenue, #288, Rockville, MD 20850
United States Trustee, 6305 Ivy Lane, #600, Greenbelt MD 20770

**End of Memorandum**